UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



COREY RAYNARD WOODSON,

    Petitioner,

v.

HAROLD W. CLARKE, Director,
Virginia Department of
Corrections,

    Respondent.

Case No.: 2:12-cv-507

### FINAL ORDER

    Before the Court is a Petition for a Writ of *Habeas Corpus* filed pursuant to 28 U.S.C. § 2254 and the Respondent's Motion to Dismiss.  In his Petition, the *pro se* Petitioner alleges due process violations, that the testimony of a juvenile witness was "incredible" and "unworthy of belief," that the trial court erred in failing to examine this witness before she testified, prosecutorial misconduct, and ineffective assistance of counsel

    The matter was referred for disposition to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), Federal Rule of Civil Procedure 72(b), Local Civil Rule 72, and the April 2, 2002, Standing Order on Assignment of Certain Matters to United States Magistrate Judges.  In a Report and Recommendation filed on August 19, 2013, the Magistrate Judge

recommended the Motion to Dismiss be granted and the Petition be denied and dismissed with prejudice. The parties were advised of their right to file written objections to the Report and Recommendation. To date, the Court has not received written objections from either party.

Having reviewed the record and without objection, the Court agrees with the Report and Recommendation on the grounds stated by the Magistrate Judge and **ADOPTS** and **APPROVES** the Report and Recommendation, ECF No. 17, in its entirety as the Court's own opinion. Accordingly, the Court **GRANTS** the Respondents' Motion to Dismiss, ECF No. 8, and **DENIES** and **DISMISSES** the Petition, ECF No. 1, **WITH PREJUDICE**.

The Petitioner is notified that he may appeal from the judgment entered pursuant to this Final Order by filing a *written* notice of appeal with the Clerk of the Court at the Walter E. Hoffman United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within thirty days from the date judgment is entered. Because the Petitioner has failed to demonstrate a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b)(1), the Court declines to issue a certificate of appealability. *Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003).

The Clerk is **DIRECTED** to forward a copy of this Final Order to the Petitioner and counsel of record for the Respondent.

It is so **ORDERED**.

/s/ MSD
Mark S. Davis
United States District Judge

Mark S. Davis
United States District Judge

Norfolk, Virginia

Date: Sept. 13, 2013